24

373 A.2d 458
**COMMONWEALTH of Pennsylvania**
v.
**George CHRISTOPHER, Appellant.**
Supreme Court of Pennsylvania.
Submitted March 12, 1976.
Decided June 3, 1977.

H. David Rothman, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Linda L. Kelly, Louis R. Paulick, Asst. Dist. Attys., Pittsburgh, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX, and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgments of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.